## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

    JOCQUELLINE KELLY SMITH

        Debtor(s)

Case No. 12-46168

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/21/2012, and was converted to chapter 13 on 11/21/2012.

2) The plan was confirmed on 04/29/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/23/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 08/03/2016.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,970.00.

10) Amount of unsecured claims discharged without payment: $178,427.14.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,920.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$9,920.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,485.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $413.38 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,898.38** |

Attorney fees paid and disclosed by debtor:     $15.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADT | Unsecured | 748.37 | NA | NA | 0.00 | 0.00 |
| ADVOCATE III MASONIC | Unsecured | 10,298.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE III MASONIC | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,029.00 | NA | NA | 0.00 | 0.00 |
| AT&T MIDWEST | Unsecured | 2,059.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FURNITURE | Secured | 297.03 | NA | 297.03 | 297.03 | 11.41 |
| CHICAGO IMAGING | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| CIMPAR SC | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 2,670.00 | 2,670.00 | 609.04 | 0.00 |
| COMCAST | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 570.00 | 1,971.49 | 1,971.49 | 449.70 | 0.00 |
| DIVERSIFIED EMERGENCY SERV | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED EMERGENCY SERVICE | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HUMBOLT PARK EMER SERV | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 4,115.97 | 4,115.97 | 4,115.97 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,198.67 | 80.34 | 80.34 | 18.33 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 5,993.00 | 6,060.88 | 120.00 | 120.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LLOYD KLEIN | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | 200.00 | 200.00 | 45.62 | 0.00 |
| MILE SQUARE HEALTH CENTER | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| MILE SQUARE HEALTH CENTER | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL DISORDERS CTR | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS HOLDING CORP | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORWEGIAN AMERICAN HOSPITAL | Unsecured | 3,177.05 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 753.00 | 1,554.22 | 1,554.22 | 354.52 | 0.00 |
| PRIMECARE COMMUNITY HEALTH | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL SVCS IN CARDIOLOG | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| RAGHU RAMADURAI MD | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| RCN 14 CHICAGO | Unsecured | 962.00 | NA | NA | 0.00 | 0.00 |
| RCN CORPORATION | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 1,864.00 | NA | NA | 0.00 | 0.00 |
| SME PATHOLOGISTS SC | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,283.63 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 695.60 | NA | NA | 0.00 | 0.00 |
| ST MARY & ELIZABETH MEDICAL | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| ST MARY HOSPITAL | Unsecured | 17,200.00 | NA | NA | 0.00 | 0.00 |
| ST MARY NAZARETH | Unsecured | 6,399.00 | NA | NA | 0.00 | 0.00 |
| ST MARY OF NAZARETH HOSPITAL | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| TIMOTHY K LIOU | Unsecured | 2,399.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR CHICAGO | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 34,697.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 22,744.60 | 36,422.54 | 36,422.54 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 26,855.00 | 29,439.11 | 29,439.11 | 0.00 | 0.00 |
| VILLAGE IMAGING PROFESSIONALS | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZELCREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STONE PARK | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WAMU | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| YUKHOL LERTSBURAPA MD | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $417.03 | $417.03 | $11.41 |
| **TOTAL SECURED:** | **$417.03** | **$417.03** | **$11.41** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,115.97 | $4,115.97 | $0.00 |
| **TOTAL PRIORITY**: | **$4,115.97** | **$4,115.97** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$72,337.70** | **$1,477.21** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,898.38 |
| Disbursements to Creditors | $6,021.62 |
| | |
| **TOTAL DISBURSEMENTS** : | **$9,920.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/03/2017                    By: /s/ Tom Vaughn

                                                                    Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**